**Appeal Dismissed and Memorandum Opinion filed August 18, 2020.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-20-00073-CV

---

**MARTEL  BLACK, Appellant**

**V.**

**LANDMARK INDUSTRIES HOLDINGS LTD., Appellee**

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2018-86683**

---

## MEMORANDUM  OPINION

This appeal is from a judgment signed December 11, 2019. The clerk's record was filed March 20, 2020. The reporter's record was filed April 30, 2020. Appellant's brief was due June 1, 2020. On June 11, 2020, appellant was notified that in accordance with the court's en banc order of May 19, 2020, the time to file appellant's brief was extended to June 30, 2020. No brief or motion to extend time was filed.

On July 21, 2017, this court issued an order stating that unless appellant filed a brief on or before July 30, 2020, a date thirty days after appellant's brief was due, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.